IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN NORMAN RYAN, II,                          Case No. 6:12-01467-PA

        Plaintiff,                                ORDER

    v.

STEPHANIE   LOPEZ,   M.D.,   and
DONALD RYAN, M.D.

        Defendant.

PANNER, District Judge.

    Plaintiff's Motion to Dismiss Dr. Donald Ryan From Lawsuit Without Prejudice (#34) is GRANTED.  Dr. Ryan is DISMISSED from this lawsuit.  Plaintiff's Motion for Extension of Time (#37) is GRANTED.  All pretrial, discovery, and dispositive motions are due by September 23, 2013.

    IT IS SO ORDERED.

    DATED this __3__ day of July, 2013.

                   Owen M. Panner
                   United States District Judge

1 - ORDER