IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN NORMAN RYAN, II,

        Plaintiff,

v.

STEPHANIE LOPEZ, M.D., and DONALD RYAN, M.D.

        Defendant.

Case No. 6:12-01467-PA

ORDER

PANNER, District Judge.

Plaintiff's Motion to Dismiss Dr. Donald Ryan From Lawsuit Without Prejudice (#34) is GRANTED. Dr. Ryan is DISMISSED from this lawsuit. Plaintiff's Motion for Extension of Time (#37) is GRANTED. All pretrial, discovery, and dispositive motions are due by September 23, 2013.

IT IS SO ORDERED.

DATED this __3__ day of July, 2013.

                              Owen M. Panner
                              United States District Judge

1 - ORDER